FOURNET, C. J., concurs. See Art. R. C. C. 2568, 2569 and 2570.

McCALEB, J., concurs, being in substantial agreement with the views of the trial judge.

SUMMERS, J., concurs on the basis of the authority contained in Title VII, Sec. 8, Arts. 2567 et seq., La.Civ.Code of 1870 and agrees, in part, with the reasons assigned by the trial judge.

164 So.2d 361

**Charles S. PIQUE, Jr.**

**v.**

**Richard K. INGOLIA and the Partnership consisting of Richard K. Ingolia and Charles S. Pique, Jr.**

**No. 47251.**

June 8, 1964.

In re: Charles S. Pique, Jr. applying for certiorari, or writ of review, to the

Court of Appeal, Fourth Circuit, Parish of Plaquemines. 162 So.2d 146.

Writ refused. The judgment is correct.